

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00026-CV

| | | |
|---|---|---|
| Kelly Thomas | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2016-01764) |
| v. | | |
| | § | February 8, 2018 |
| Carl Pugliese; Seth Johns, CMO of Carl's Handyman; and Culpepper Plumbing & Air Conditioning, Inc. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM